Douglas Schiller

7037 173rd Street
Fresh Meadows NY 11365

# Invoice

| Date | Invoice # |
|---|---|
| 5/15/2012 | 249 |

| Bill To |
|---|
| Bankruptcy estate of Mamtek US<br>1044 Main Street, Suite 400<br>Kansas City , Missouri 64105<br>BY EMAIL |

| Terms |
|---|
| Due on receipt |

| Quantity | Description | Rate | Unit | Amount |
|---|---|---|---|---|
| 0.4 | 05-01 Look for RBC Statement and email Victor | 125.00 | | 50.00 |
| 0.1 | 05-11 help Nancy get documents | 125.00 | | 12.50 |
| 0.7 | 05-15 Call Nancy; receive Victor email and provide response re $500k disbursements; find Mamtek International cap table | 125.00 | | 87.50 |

| Phone # | Fax # | E-mail |
|---|---|---|
| (310) 493-9996 | (646) 448-9771 | doug@dougschiller.com |

**Total** $150.00