**Nancy J. Norton**
135 Lindbergh Place Drive
St. Louis, Mo. 63146
Phone 314-225-6510

# INVOICE

INVOICE #1
DATE: MAY 17, 2012

**TO:**

Bankruptcy Estate of mamtek US
1044 Main Street, Suite 400
Kansas City, Missouri 64105

ATTN: Doug Schiller

**FOR:**
Finance Consulting Services

| DESCRIPTION | AMOUNT |
|---|---|
| 7 Hours – Finance Consulting Services @ $700.00 per day ($87.50 per hour) | $612.50 |
| TOTAL | $612.50 |

Make all checks payable to Nancy J. Norton
Payment is due within 15 days.
If you have any questions concerning this invoice, contact NJNORT@EARTHLINK.NET

**Thank you for your business!**