**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MAMTEK US, INC., | ) | Case No. 11-22092-drd7 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

**TRUSTEE'S THIRD APPLICATION FOR ALLOWANCE OF COMPENSATION OF DOGULAS SCHILLER**

COMES NOW, Bruce E. Strauss, the duly appointed interim trustee of the above-captioned bankruptcy estate, by and through his undersigned counsel, and for his Application for Allowance of Compensation of Douglas Schiller, represent to the Court as follows;

On March 8, 2012, the trustee filed its *Application to Employ Accountant*, seeking this Court's permission to employ Doug Schiller as an accountant and consultant to assist the trustee in the preparation of schedules for the debtor and to provide the trustee with ongoing information and analysis regarding the debtor's financial history. (docket #64). On March 12, 2012 this Court entered its *Order* granting the Debtor's *Application* (docket # 67). The trustee has filed two prior applications for compensation for Mr. Schiller, seeking $6,616.67 in fees, which were approved by the court.

The unpaid charges for Mr. Schiller's professional services rendered to the estate are $10,100 which represents Mr. Schiller's fees for the 80.8 hours spent by Mr. Schiller in assisting the trustee in providing analyses and reports of the debtor's finances. These charges are itemized in the billing records attached and incorporated herein by reference as **Exhibits A and B**.

Counsel submits that these charges are reasonable. Objections to this Application must be made within 21 days of the date this Application is filed. Absent any objections, the Court may approve this Application without further notice or hearing.

WHEREFORE Bruce E. Strauss, the in this case, hereby applies to this Court for an order approving the payment of $10,100 in fees for the debtor's professional, Doug Schiller, and for such other and further relief as the Court deems just and equitable.

Respectfully submitted,

**MERRICK, BAKER, AND STRAUSS**
/s/ Victor F. Weber
Bruce E. Strauss #26323
Victor F. Weber #57361
400 Peck's Plaza
1044 Main Street
Kansas City, Missouri 64105
Telephone: (816) 221-2255
Facsimile: (816) 221-7886
victor@merrickbakerstrauss.com

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing was served upon all persons requesting ECF notification in this proceeding on November 12, 2012

/s/ victor f weber