Douglas Schiller

7037 173rd Street
Fresh Meadows NY 11365

# Invoice

| Date | Invoice # |
|---|---|
| 9/30/2012 | 280 |

| Bill To |
|---|
| Bankruptcy estate of Mamtek US<br>1044 Main Street, Suite 400<br>Kansas City , Missouri 64105<br>BY EMAIL |

| Terms |
|---|
| Due on receipt |

| Quantity | Description | Rate | Unit | Amount |
|---|---|---|---|---|
| 0.5 | 09-05 review portion of Cole deposition and send email | 125.00 | | 62.50 |
| 0.2 | 09-21 speak to Nancy re accounting work | 125.00 | | 25.00 |
| 0.5 | 09-24 call with Victor re expert witness and Creditors meeting | 125.00 | | 62.50 |
| 3.5 | 09-27 preparation for call with creditors. Reconcile Schedule F to QuickBooks. Call with Creditors; call with Victor re expert testimony | 125.00 | | 437.50 |
| 1.1 | 09-28 consult with Joel Wagman re expert witness. Review documents. Conversation with Victor. | 125.00 | | 137.50 |

| Phone # | Fax # | E-mail |
|---|---|---|
| (310) 493-9996 | (646) 448-9771 | doug@dougschiller.com |

**Total** $725.00