Douglas Schiller

7037 173rd Street
Fresh Meadows NY 11365

# Invoice

| Date | Invoice # |
|---|---|
| 10/31/2012 | 283 |

| Bill To |
|---|
| Bankruptcy estate of Mamtek US<br>1044 Main Street, Suite 400<br>Kansas City , Missouri 64105<br>BY EMAIL |

| Terms |
|---|
| Due on receipt |

| Quantity | Description | Rate | Unit | Serviced | Amount |
|---|---|---|---|---|---|
| 1.6 | 10-03 more detailed notes re expert opinion | 125.00 | hours | 10/3/2012 | 200.00 |
| 3.6 | 10-04 update outline and email Victor | 125.00 | hours | 10/4/2012 | 450.00 |
| 2.3 | 10-10 call with Victor; receive email re insolvency | 125.00 | hours | 10/10/2012 | 287.50 |
| 4.9 | 10-11 draft report | 125.00 | hours | 10/11/2012 | 612.50 |
| 4.5 | 10-12 draft report | 125.00 | hours | 10/12/2012 | 562.50 |
| 7.3 | 10-15 Draft Report. Multiple conversations and drafts | 125.00 | hours | 10/15/2012 | 912.50 |
| 5.4 | 10-16 Draft Report. Multiple conversations and drafts | 125.00 | hours | 10/16/2012 | 675.00 |
| 2.6 | 10-17 Draft Report. Multiple conversations and drafts | 125.00 | hours | 10/17/2012 | 325.00 |
| 10.8 | 10-18 Draft Report. Multiple conversations and drafts | 125.00 | hours | 10/18/2012 | 1,350.00 |
| 6.2 | 10-19 Draft Report. Multiple conversations and drafts | 125.00 | hours | 10/19/2012 | 775.00 |
| 2.3 | 10-21 Draft Report. Multiple conversations and drafts | 125.00 | hours | 10/21/2012 | 287.50 |
| 8.3 | 10-22 Prepare Report | 125.00 | hours | 10/22/2012 | 1,037.50 |
| 0.8 | 10-24 call with Victor re Cole, update documents | 125.00 | hours | 10/24/2012 | 100.00 |
| 0.4 | 10-25 print report. Add items used for report | 125.00 | hours | 10/25/2012 | 50.00 |
| 5.4 | 10-26 More redrafting of report | 125.00 | hours | 10/26/2012 | 675.00 |
| 4.3 | 10-26 More redrafting of report | 125.00 | hours | 10/28/2012 | 537.50 |
| 3.7 | 10-29 conversation with Victor. Final edits. | 125.00 | hours | 10/29/2012 | 462.50 |
| 0.6 | 10-31 look for information on Dykema | 125.00 | hours | 10/31/2012 | 75.00 |

| Phone # | Fax # | E-mail |
|---|---|---|
| (310) 493-9996 | (646) 448-9771 | doug@dougschiller.com |

**Total** $9,375.00