**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MAMTEK US, INC., | ) | Case No. 11-22092-drd7 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

# NOTICE OF TRUSTEE'S THIRD APPLICATION FOR ALLOWANCE OF COMPENSATION FOR DOGULAS SCHILLER

1. On November 12, 2012, Bruce E. Strauss, Trustee of the Mamtek US, Inc. bankruptcy estate filed an Application for Compensation for Douglas Schiller for the period and amounts below:

A. Period covered: September 1, 2012 through October 31, 2012;

B. $10,100 in fees for 80.8 hours of accounting and financial analysis services;

C. $0.00 in expenses.

2. Two previous fee applications have been filed, which sought $6,616.67 in compensation for Mr. Schiller. These fee applications were granted and Mr. Schiller's fees were paid by the estate.

3. A. Original retainer: $0.00.

4. Within 21 days from the date of service of this notice, creditors may file objections as to why the Application should not be granted with the **U.S. Bankruptcy Court, Room 1510, U.S. Courthouse, 400 East 9th Street, Kansas City, Missouri 64106, and serve a copy on debtor's counsel.** The Application and accompanying time sheets are on file and available for inspection in the Office of the Clerk during regular business hours. If objections are timely filed, the Court will rule the matter from the pleadings or set the objections for a hearing, if appropriate. If no objections are filed, the Court will enter its order without further notice.

Date: November 12, 2012

Respectfully submitted,

**MERRICK, BAKER, AND STRAUSS**
/s/ Victor F. Weber
Bruce E. Strauss #26323
Victor F. Weber #57361
MERRICK BAKER & STRAUSS, P.C.
400 Peck's Plaza
1044 Main Street
Kansas City, Missouri 64105
Telephone: (816) 221-2255
Facsimile: (816) 221-7886

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing was served, postage prepaid or electronically pursuant to instructions appearing on the electronic filing receipt received from the US Bankruptcy Court on November 12, 2012

/s/ victor f weber